IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BECKY ROSALES | § | |
|     Debtor | § | |
| | § | |
| LONE STAR NATIONAL BANK | § | |
|     Movant | § | |
| | § | CASE NO. 15-70019-M-13 |
| VS. | § | CHAPTER 13 |
| | § | |
| BECKY ROSALES | § | |
|     Respondents | § | |
| | § | |
| CINDY BOUDLOCHE | § | |
|     Trustee | § | |

**MOTION OF LONE STAR NATIONAL BANK FOR RELIEF FROM STAY AGAINST
REAL PROPERTY AND AS TO CO-DEBTOR**

**THIS IS A MOTION FOR RELIEF FROM THE AUTOMATIC STAY. IF IT IS
GRANTED, THE MOVANT MAY ACT OUTSIDE OF THE BANKRUPTCY PROCESS.
IF YOU DO NOT WANT THE STAY LIFTED, IMMEDIATELY CONTACT THE MOVING
PARTY TO SETTLE. IF YOU CANNOT SETTLE, YOU MUST FILE A RESPONSE
AND SEND A COPY TO THE MOVING PARTY AT LEAST 7 DAYS BEFORE THE
HEARING. IF YOU CANNOT SETTLE, YOU MUST ATTEND THE HEARING.
EVIDENCE MAY BE OFFERED AT THE HEARING AND THE COURT MAY RULE.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

**THERE WILL BE A HEARING ON THE MATTER ON March 18, 2015 at 9:00 a.m. IN
COURTROOM McAllen Division, Bentsen Tower, McAllen, Texas.**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Comes now **Lone Star National Bank,** ("Movant"), Movant herein, and in support

hereof represents:

      1.    **Becky Rosales,** Debtor herein, filed for relief under Chapter 13 of the

Bankruptcy Code on January 5, 2015.

2.   This Court appointed Cindy Boudloche to serve as Trustee of the above-captioned Estate.

3.   This Court has jurisdiction of this Motion pursuant to 11 U.S.C. §§ 362 and 363 and 28 U.S.C. §§ 157 and 1334.

4.   Debtor, Becky Rosales and Maribel Alvarez (hereinafter "Alvarez") are co-makers on a Real Estate Lien Note owed to Movant.

5.   **Debtor and Alvarez** executed a certain Real Estate Lien Note dated September 08, 2006, in the original principal sum of $90,000.00 and payable to Movant *(Loan No. 82863)*.   The note is secured by a Deed of Trust dated September 08, 2006, covering the following described real property:

> *Tract I:*
> *Lot Twelve (12), Ivy Terrace, an addition to the City of McAllen, Hidalgo County, Texas, as per map or plat thereof recorded in Volume 19, Page 20, Map Records, Hidalgo County, Texas.*
>
> *Tract II:*
> *Lot Eight (8), Deborah Heights Subdivision, an addition to the City of McAllen, Hidalgo County, Texas, as per map or plat thereof recorded in Volume 20, Page 12, Map Records, Hidalgo County, Texas.*
>
> *Save and Except the East three feet (3") previously conveyed by Quit-Claim Deed dated September 29, 1978, to Jim B. Rowland, Trustee, recorded in Volume 1598, Page 104, Deed Records, Hidalgo County, Texas.*

Movant filed said Deed of Trust as Document Number 1667969 in the Records of Hidalgo County, Texas.

6.   The Note is in default.   The principal amount owed on the Note on the date of bankruptcy filing was $73,151.44.   The value of the collateral is about $175,000.00

which makes the Movant fully secured.

7.    Movant seeks relief from the automatic stay for cause including lack of adequate protection of its interest in said real property.

8.    Debtor's Chapter 13 plan proposes to make direct payments to Movant. However, the note is currently in arrears in the amount of $2,122.80. The note also matures during the life of the plan and the current plan does not provide for a balloon payment.

9.    Debtor's Chapter 13 plan does not provided treatment for ad valorem taxes.

10.    The stay should lift as to Alvarez, the co-debtor, so that Movant may attempt to be made whole by collecting any deficiency amount from Alvarez. Movant has no relief available to it other than to seek relief from the automatic stay.

WHEREFORE, PREMISES CONSIDERED, Movant prays that, upon timely request, this Motion be set for hearing; that, upon hearing hereof, this Court enter an order terminating the automatic stay for the enforcement and prosecution of the rights of Movant under the Note and Deed of Trust, and that the Debtors turn over immediate possession of said real property to Movant; alternatively, that the Court enter an order conditioning the continuation of the automatic stay upon the adequate protection of Movant's interests in said real property, including, but not limited to, immediately paying all delinquent ad valorem taxes, providing proof of insurance and commencing monthly installments payments to Movant at an amount that will protect Movant's interest in the property and that the Court grant Movant a lift of the co-debtor stay and such other and further relief, at law and in equity, as it just.

Respectfully submitted,

_____/s/ Terry D. Key_____
TERRY D. KEY
State Bar No. 11370200
P.O. Box 1247
Weslaco, Texas   78599-1247
Telephone: (956) 968-5402
Telecopier: (956) 969-9402
Attorney in Charge for
**LONE STAR NATIONAL BANK**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing motion was served upon the debtors, the attorney for the debtors, and trustee, and the creditors, by first class mail, by mailing a copy of the motion and the exhibits attached thereto to said parties at their addresses as shown in the record of this case this 19th day of February, 2015.

_/s/ Terry D. Key_____
TERRY D. KEY

Attorney for Debtor:

Ricardo Guerra
Law Office of Rick Guerra
2211 Rayford Rd.
Ste. 111 #134
Spring, Texas 77386

Debtors:

Becky Rosales
5302 N. 44th Lane
McAllen, Texas 78504

Trustee:

Cindy Boudloche
Chapter 13 Trustee
555 N. Carancahua, Suite 600
Corpus Christi, Texas 78401-0823

Creditors:

Attached hereto

Label Matrix for local noticing
0541-7
Case 15-70019
Southern District of Texas
McAllen
Thu Feb 19 11:57:46 CST 2015

Lack's Valley Stores, Ltd.
Law Office of Jeanne E. Holmes, P.C.
212 W. Nolana Loop
McAllen, TX 78504-2513

Lone Star National Bank
c/o Terry D. Key
2300 W. Pike Blvd., Suite 300
Weslaco, TX 78596-4128

Ovation Services
c/o Lane & Countryman
Attorneys at Law
8526 N. New Braunfels
San Antonio, TX 78217-6304

7
United States Bankruptcy Court
1133 North Shoreline Blvd #208
Corpus Christi, TX 78401-2042

American Eagle GECRB
GE Capital Retail bank/Attention: Bankru
PO Box 103104
Roswell, GA 30076-9104

Bank of South Texas
506 E. Dove
McAllen, TX 78504-2241

Bby/cbna
701 East 60th Street
Sioux Falls, SD 57104-0432

Cap1/bstby
PO Box 6497
Sioux Falls, SD 57117-6497

Capital One, N.a.
Capital One Bank (USA) N.A.
PO Box 30285
Salt Lake City, UT 84130-0285

Citibank/The Home Depot
Citicorp Credit Srvs/Centralized Bankrup
PO Box 790040
Saint Louis, MO 63179-0040

Comenity Bank/vctrssec
Po Box 182789
Columbus, OH 43218-2789

Conn Appliances, Inc. as Attorney-in-Fact an
P.O Box 2358
Beaumont, Texas 77704-2358

Conns Credit Corp
3295 College St
Beaumont, TX 77701-4611

GECRB / HH Gregg
Attention:  Bankruptcy
PO Box 103104
Roswell, GA 30076-9104

GECRB/Gap
Attn: bankruptcy
PO Box 103104
Roswell, GA 30076-9104

INTERNAL REVENUE SERVICE
P O Box 7346
Philadelphia PA 19101-7346

IRS
PO Box 7346
Philadelphia, PA 19101-7346

Lacks Valley Stores Lt
1200 E. Expresssway 83
McAllen, TX 78503-1618

Lacks Valley Stores Lt
1200 E. Expressway 83
McAllen, TX 78503-1618

Lacks Valley Stores, Ltd.
c/o Credit Department
1300 San Patricia Drive
Pharr, Texas 78577-2158

Law Offices of Rick Guerra
2211 Rayford Rd Ste. 111 #134
Spring, Tx 77386-1548

Lone Star National Bank
4500 N. 10th St., Suite 305
McAllen, TX 78504-2969

Lone Star Nb
100 W. Ferguson
Pharr, TX 78577-9517

Ovation Services
c/o Lane & Countryman
Attorneys at Law
8526 N. New Braunfels
San Antonio, Texas 78217-6304

Security Fin
C/o Security Finan
Spartanburg, SC 29304

US Trustee
606 N Carancahua
Corpus Christi, TX 78401-0680

Vantagebktx
45 Ne Loop 410
San Antonio, TX 78216-5832

West Asset Management
7171 Mercy Rd
Omaha, NE 68106-2620

World Finance Corp
World Acceptance Corp/Attn Bankruptcy
PO Box 6429
Greenville, SC 29606-6429

World Finance Corporation
501 South Bicentennial,
Suite A
McAllen, TX 78501-5290

Becky Rosales
5302 N. 44th Lane
Mcallen, TX 78504-4871

Cindy Boudloche
Chapter 13 Trustee
555 N Carancahua
Ste 600
Corpus Christi, TX 78401-0823

Ricardo Guerra
Law Office of Rick Guerra
2211 Rayford Rd.
Ste 111 #134
Spring, TX 77386-1548

End of Label Matrix
Mailable recipients    33
Bypassed recipients     0
Total                  33

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BECKY ROSALES | § | |
|     Debtor | § | |
| | § | |
| LONE STAR NATIONAL BANK | § | |
|     Movant | § | |
| | § | CASE NO. 15-70019-M-13 |
| VS. | § | CHAPTER 13 |
| | § | |
| BECKY ROSALES | § | |
|     Respondents | § | |
| | § | |
| CINDY BOUDLOCHE | § | |
|     Trustee | § | |

## ORDER GRANTING LONE STAR NATIONAL BANK
## MOTION FOR RELIEF FROM STAY AGAINST REAL PROPERTY

BE IT REMEMBERED that on this day, came on to be heard **Lone Star National Bank,** Motion for Relief From the Automatic Stay Against Real Property and the Co-Debtor. All parties in interest having been duly served pursuant to local rule 9001 of the Southern District of Texas; it is therefore,

ORDERED, ADJUDGED and DECREED that the automatic stay be and it is hereby LIFTED as to **Lone Star National Bank** to allow it to pursue its state law remedies against the Property, including foreclosure, repossession and/or eviction.

It is further

ORDERED that Movant is awarded its attorney fees and costs in the count of $750.00.

It is further

ORDERED that the co-debtor stay is terminated as to MARIBEL ALVAREZ, the co-debtor.

It is further

ORDERED that the stay afforded by 11.U.S.C. § 362 is terminated with respect to Movant on the following described property, to wit:

6

*Tract I:*
*Lot Twelve (12), Ivy Terrace, an addition to the City of McAllen, Hidalgo County, Texas, as per map or plat thereof recorded in Volume 19, Page 20, Map Records, Hidalgo County, Texas.*

*Tract II:*
*Lot Eight (8), Deborah Heights Subdivision, an addition to the City of McAllen, Hidalgo County, Texas, as per map or plat thereof recorded in Volume 20, Page 12, Map Records, Hidalgo County, Texas.*

*Save and Except the East three feet (3") previously conveyed by Quit-Claim Deed dated September 29, 1978, to Jim B. Rowland, Trustee, recorded in Volume 1598, Page 104, Deed Records, Hidalgo County, Texas.*

SIGNED this _____ day of February, 2015.

_____
BANKRUPTCY JUDGE PRESIDING