UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Becky Rosales | § | Case No. 15-70019 |
| Debtor | § | Chapter 13 |

## MOTION FOR RELIEF FROM JUDGMENT/ORDER
## PURSUANT TO FED.R.BANKR.P. 9024

### NOTICE

**NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN FOURTEEN (14) DAYS FROM DATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF A RESPONSE IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING. IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

COMES NOW, Becky Rosales ("Debtor"), by and through Ricardo Guerra ("Counsel for Debtor), requesting relief from the Court's Order of Dismissal dated February 27, 2015, which dismissed the Chapter 13 Bankruptcy Case No. 15-70019, and in support of this motion, states:

The dismissal of this case resulted from Debtor's failure to submit Pay Advices. Debtor submitted a Profit & Loss Statement demonstrating Debtor's income from rental property. It was unclear that the document was a Profit & Loss statement regarding the

Debtor. The Profit & Loss Statement has been amended to include a title and the Debtor's name.

WHEREFORE, Debtors asks that the Court to **GRANT** this motion, **VACATE** the Order of Dismissal, and for such other relief as is just and proper.

Respectfully Submitted,

Law Offices of Rick Guerra, PLLC

/s/*Ricardo Guerra*_____
**Ricardo Guerra**
Texas Bar #: 24074331
Law Offices of Rick Guerra, PLLC
2211 Rayford Rd., Ste 111 #134
Spring, TX 77386
281-760-4295 Voice
866-325-0341 Fax
bankruptcy@rickguerra.com
Counsel for Debtor

**Certificate of Service**

I hereby certify that on March 3, 2015 a true and correct copy of the foregoing Motion for Relief From Judgment/Order was by U.S. Mail and/or served electronically via CM/ECF.

/s/*Ricardo Guerra*_____
**Ricardo Guerra**
Counsel for Debtors