**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **Becky Rosales** | § | **Case No. 15-70019** |
| **Debtor** | § | **Chapter 13** |

### ORDER ON MOTION FOR RELIEF ON DOCKET NO. 53

      This Court considered Debtor's Motion for Relief from Judgment/Order Pursuant to FED.R.BANKR.P. 9024 ("Motion") filed by Debtor, Becky Rosales. Having considered the Motion, the Court determines that the Motion should be **GRANTED**.

It is therefore **ORDERED** that Debtor's Motion is **GRANTED**, and that the Order for Dismissal is **VACATED**.

SIGNED this _____ day on March, 2015.

 

                                                                                      BANKRUPTCY JUDGE PRESIDING