**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**



In Re:  Becky Rosales
        Debtor

Case No.: 15–70019

Chapter: 13

ENTERED
03/04/2015

## ORDER SETTING HEARING

You are hereby notified that a hearing is set on

*53* – Motion to Reconsider Dismissal of Case Filed by Debtor Becky Rosales (Attachments: # 1 Proposed Order) (Guerra, Ricardo)

before the Honorable Richard S. Schmidt on **3/19/15 at 09:05 AM**. The hearing will be held at **1701 West Business Hwy 83, 9th Floor, McAllen, TX 78501**.

A docket call will not be held prior to this hearing. Announcements are to be made in writing via telefax to Frances M Rodriguez (361)888–3481, no later than 7 days before the hearing. Failure to make announcements by fax or email (cmA417@txs.uscourts.gov) may result in this matter not being heard.

It is therefore ORDERED that all interested parties shall appear at the date and time set forth above.

It is further ORDERED that the clerk shall serve a copy of this Order on the Movant.

It is further ORDERED that pursuant to Bankruptcy Local Rule 2002, Movant shall serve a copy of this notice to all parties that are required to be served and, Movant shall file a certificate of service with the clerk.

Signed and Entered on Docket: 3/4/15

RICHARD S. SCHMIDT
United States Bankruptcy Judge