UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

ENTERED
03/19/2015

| In re: | § | |
| --- | --- | --- |
| | § | |
| Becky Rosales | § | Case No. 15-70019 |
| Debtor | § | Chapter 13 |

### ORDER ON MOTION FOR ~~RELIEF~~ Reinstatement ON DOCKET NO. 53

This Court considered Debtor's Motion for Relief from Judgment/Order Pursuant to FED.R.BANKR.P. 9024 ("Motion") filed by Debtor, Becky Rosales. Having considered the Motion, the Court determines that the Motion should be **GRANTED**.

It is therefore **ORDERED** that Debtor's Motion is **GRANTED**, and that the Order for Dismissal is **VACATED**.

SIGNED this __19__ day on March, 2015.

BANKRUPTCY JUDGE PRESIDING