

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | ENTERED 04/15/2015 |
| BECKY ROSALES<br>    Debtor | § § § | |
| LONE STAR NATIONAL BANK<br>    Movant | § § § | |
| VS. | § § § | CASE NO. 15-70019-M-13<br>CHAPTER 13 |
| BECKY ROSALES<br>    Respondents | § § § | |
| CINDY BOUDLOCHE<br>    Trustee | § § | |

## ORDER GRANTING LONE STAR NATIONAL BANK
## MOTION FOR RELIEF FROM STAY AGAINST REAL PROPERTY

BE IT REMEMBERED that on this day, came on to be heard **Lone Star National Bank,** Motion for Relief From the Automatic Stay Against Real Property and the Co-Debtor. All parties in interest having been duly served pursuant to local rule 9001 of the Southern District of Texas; it is therefore,

ORDERED, ADJUDGED and DECREED that the automatic stay be and it is hereby LIFTED as to **Lone Star National Bank** to allow it to pursue its state law remedies against the Property, including foreclosure, repossession and/or eviction.

It is further

ORDERED that Movant is awarded its attorney fees and costs in the count of $750.00.

It is further

ORDERED that the co-debtor stay is terminated as to MARIBEL ALVAREZ, the co-debtor.

It is further

ORDERED that the stay afforded by 11.U.S.C. § 362 is terminated with respect to Movant on the following described property, to wit:

*Tract I:*
*Lot Twelve (12), Ivy Terrace, an addition to the City of McAllen, Hidalgo County, Texas, as per map or plat thereof recorded in Volume 19, Page 20, Map Records, Hidalgo County, Texas.*

*Tract II:*
*Lot Eight (8), Deborah Heights Subdivision, an addition to the City of McAllen, Hidalgo County, Texas, as per map or plat thereof recorded in Volume 20, Page 12, Map Records, Hidalgo County, Texas.*

*Save and Except the East three feet (3") previously conveyed by Quit-Claim Deed dated September 29, 1978, to Jim B. Rowland, Trustee, recorded in Volume 1598, Page 104, Deed Records, Hidalgo County, Texas.*

SIGNED this __15th__ day of April, 2015.

_____
BANKRUPTCY JUDGE PRESIDING