IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

In re: BECKY ROSALES § Case No. 15-70019
§ (Chapter 13)

### MOTION FOR RELIEF FROM THE STAY AND CO-DEBTOR STAY, REGARDING EXEMPT PROPERTY

THIS IS A MOTION FOR RELIEF FROM THE AUTOMATIC STAY. IF YOU OBJECT TO THE GRANTING OF RELIEF FROM THE AUTOMATIC STAY, YOU SHOULD CONTACT THE MOVANT IMMEDIATELY TO TRY TO REACH AN AGREEMENT. IF YOU CANNOT REACH AN AGREEMENT, YOU MUST FILE A WRITTEN RESPONSE AND SEND A COPY TO MOVANT NOT LATER THAN 20 DAYS BEFORE THE HEARING AND YOU MUST ATTEND THE HEARING.

THE COPY SENT TO THE MOVANT MUST BE DELIVERED BY HAND OR ELECTRONIC DELIVERY IF IT IS SENT LESS THAN SEVEN DAYS PRIOR TO THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE HEARING MAY BE AN EVIDENTIARY HEARING AND THE COURT MAY GRANT OR DENY RELIEF FROM THE STAY BASED ON THE EVIDENCE PRESENTED AT THIS HEARING. IF A TIMELY OBJECTION IS FILED, THE COURT WILL CONDUCT A HEARING ON THIS MOTION ON JUNE 3, 2015, AT 9:00 A.M. IN COURTROOM, 600 EAST HARRISON, 3ED FLOOR, BROWNSVILLE, TEXAS 78520.

1. This motion requests an order from the Bankruptcy Court authorizing the person filing this motion to foreclose on or to repossess the property that is identified in paragraph 3.

2. Movant: BANK OF SOUTH TEXAS

3. Movant, directly or as agent for the holder, holds a security interest in:

   Lot 60, SENDERO RANCH ESTATES SUBDIVISION, an Addition to the City of McAllen, Hidalgo County, Texas, according to map thereof recorded in Volume 50, Page 121, Map Records of Hidalgo County, Texas; also known as 5203 N. 44th Ln., McAllen, Texas.

4. Movant has reviewed the schedules filed in this case. The property described in paragraph 3 is claimed as exempt by the debtor. Movant does not contest the claimed exemption.

5. Type of collateral: Home

6. Debtor's scheduled value of property: $248,266.00.

7. Movant's estimated value of property: $230,000.00.

8. Total amount owed to movant: $194,567.61.

9. Estimated equity (paragraph 7 minus paragraph 8): $35,432.39.

10. Total pre and post-petition arrearages: $10,652.55.

11. Total post-petition arrearages: $4,650.18.

12. Amount of unpaid, past due property taxes, if applicable: $7,305.52.

13. Expiration date on insurance policy: January 28, 2016.

14. ___x___ Movant seeks relief based on the debtor(s)' failure to make payments and a Motion to Dismiss. The chapter 13 trustee's payment history in this case is attached as exhibit "A." Any party in interest may move to require the Movant to provide a complete payment history. If ordered by the Court, the complete payment history must be provided not less than 7 days prior to the final hearing on the motion for relief from the stay. Movant may

include a complete payment history with its original motion. If a payment history is ordered, it must be provided in a format substantially similar to the format required by BLR 3001-1. Movant acknowledges that the Court may prohibit the use of parol evidence to interpret a payment history that does not satisfy these representations.

15. _____. Movant seeks relief based on the debtor(s)' failure to provide a certificate of insurance reflecting insurance coverage as required under the debtor's pre-petition contracts.

16. If applicable: Name of Co-Debtor: Adrian Rosales.

17. Based on the foregoing, movant seeks termination of the automatic stay and the co-debtor stay, to allow movant to foreclose or repossess the debtor(s)' property and seeks to recover its costs and attorneys' fees in an amount not to exceed the amount listed in paragraph 9.

18. Movant certifies that prior to filing this motion an attempt was made to confer with the Debtor(s)' counsel either by telephone, by e-mail or by facsimile, by the following person on the following date and time: Scott A. Walsh April 24, 2015. An agreement could not be reached. If requested by debtor or debtor's counsel, a payment history in the form attached to this motion was provided at least two days, excluding intermediate weekends and holidays) before this motion was filed.

Date: 5-8-15

By: _____
Scott A. Walsh
State Bar No. 20804750
Fed. Id. No. 14256
ATTORNEYS FOR LONE STAR NATIONAL BANK

OF COUNSEL:
KITTLEMAN THOMAS, PLLC
P. O. Box 1416
McAllen, Texas 78502-1416
Telephone: (956) 632-5013
Telecopier: (956) 630-5199
swalsh@ktattorneys.com

## Certificate of Service and Certificate of Compliance with BLR 4001

A copy of this motion was served on the persons shown below at the addresses reflected on that exhibit on May 8, 2015. Movant certifies that movant has complied with Bankruptcy Local Rule 4001.

Bank of South Texas
C/o Scott Walsh
4900-B N. 10th Street
McAllen, tx 78504-2781

Lack's Valley Stores, Ltd.
Law Office of Jeanne E. Holmes, P.C.
212 W. Nolana Loop
McAllen, TX 78504-2513

Lone Star National Bank
c/o Terry D. Key
2300 W. Pike Blvd., Suite 300
Weslaco, TX 78596-4128

McAllen ISD
c/o John T. Banks
3301 Northland Drive, Ste. 505

Austin, TX 78731-4954

Ovation Services
c/o Lane & Countryman
Attorneys at Law
8526 N. New Braunfels
San Antonio, TX 78217-6304

7
United States Bankruptcy Court
1133 North Shoreline Blvd #208
Corpus Christi, TX 78401-2042

American Eagle GECRB
GE Capital Retail bank/Attention: Bankru
PO Box 103104
Roswell, GA 30076-9104

Bank of South Texas
506 E. Dove
McAllen, TX 78504-2241

Bby/cbna
701 East 60th Street
Sioux Falls, SD 57104-0432

Cap1/bstby
PO Box 6497
Sioux Falls, SD 57117-6497

Capital One, N.a.
Capital One Bank (USA) N.A.
PO Box 30285
Salt Lake City, UT 84130-0285

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-1340

Citibank/The Home Depot
Citicorp Credit Srvs/Centralized Bankrup
PO Box 790040
Saint Louis, MO 63179-0040

City of McAllen
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760-7428

Comenity Bank/vctrssec
Po Box 182789
Columbus, OH 43218-2789

Conn Appliances, Inc. as Attorney-in-Fact an
P.O BOx 2358
Beaumont, Texas 77704-2358

Conns Credit Corp
3295 College St
Beaumont, TX 77701-4611

GECRB / HH Gregg
Attention: Bankruptcy
PO Box 103104
Roswell, GA 30076-9104

GECRB/Gap
Attn: bankruptcy
PO Box 103104

Roswell, GA 30076-9104

Hidalgo County
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760-7428

INTERNAL REVENUE SERVICE
P O Box 7346
Philadelphia PA 19101-7346

IRS
PO Box 7346
Philadelphia, PA 19101-7346

Lacks Valley Stores Lt
1200 E. Expresssway 83
McAllen, TX 78503-1618

Lacks Valley Stores, Ltd.
c/o Credit Department
1300 San Patricia Drive
Pharr, Texas 78577-2158

Law Offices of Rick Guerra
2211 Rayford Rd Ste. 111 #134
Spring, Tx 77386-1548

Lone Star National Bank
4500 N. 10th St., Suite 305
McAllen, TX 78504-2969

Lone Star Nb
100 W. Ferguson
Pharr, TX 78577-9517

McAllen ISD
c/o John T. Banks
Perdue, Brandon, Fielder, Collins & Mott
3301 Northland Drive, Ste. 505
Austin, TX 78731-4954

Ovation Services
c/o Lane & Countryman
Attorneys at Law
8526 N. New Braunfels
San Antonio, Texas 78217-6304

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788

Kirkland, WA  98083-0788

Security Fin
C/o Security Finan
Spartanburg, SC 29304

US Trustee
606 N Carancahua
Corpus Christi, TX 78401-0680

United ID
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760-7428

Vantagebktx
45 Ne Loop 410
San Antonio, TX 78216-5832

West Asset Management
7171 Mercy Rd
Omaha, NE 68106-2620

World Finance Corp

World Acceptance Corp/Attn Bankruptcy
PO Box 6429
Greenville, SC 29606-6429

World Finance Corporation
501 South Bicentennial,
Suite A
McAllen, TX 78501-5290

Becky Rosales
5302 N. 44th Lane
Mcallen, TX 78504-4871

Cindy Boudloche
Chapter 13 Trustee
555 N Carancahua
Ste 600
Corpus Christi, TX 78401-0823

Ricardo Guerra
Law Office of Rick Guerra
2211 Rayford Rd.
Ste 111 #134
Spring, TX 77386-1548

_____
Scott A. Walsh